**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   Destin Bleu Knight                                          Case No. 25-50453-KMS
         Bridget Lynnae Levins , Debtors                             CHAPTER 7

**CERTIFICATE OF COMPLIANCE OF PROVISION OF**
**PAYMENT ADVICES TO CASE TRUSTEE**

   COMES NOW, Thomas C. Rollins, Jr., Counsel of Record for the above-named Debtor and files this her certificate of compliance with the Court that payment advices required by 11 U.S.C. §521(a)(1)(B)(iv) have been provided to the duly appointed and acting Case Trustee Zachary S. Wessler, Sr., 1806 23rd Avenue, Suite A, Gulfport, MS 39501, pursuant to standing order of the United States Bankruptcy Court for the Southern District of Mississippi.

   WITNESS my signature on April 17, 2025.

                                         /s/ Thomas C. Rollins, Jr.
                                         Thomas C. Rollins, Jr. (MSBN 103469)
                                         The Rollins Law Firm, PLLC
                                         P.O. Box 13767
                                         Jackson, MS 39236
                                         601-500-5533


                      **CERTIFICATE OF SERVICE**

   I, Thomas C. Rollins, Jr., do hereby certify that I have this day electronically filed with the Court, a true and correct copy of the above and foregoing Certification on April 17, 2025. All interested parties will receive electronic notification from the Court.

                                         /s/ Thomas C. Rollins, Jr.
                                         Thomas C. Rollins, Jr.