Certificate Number: 17082-MSS-DE-039649571

Bankruptcy Case Number: 25-50453



17082-MSS-DE-039649571

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 11, 2025, at 7:12 o'clock PM MST, BRIDGET L KNIGHT  completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:   May 11, 2025                              By:      /s/Orsolya K Lazar

                                                                               Name:   Orsolya K Lazar

                                                                               Title:     Executive Director