United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-50453-KMS
Destin Bleu Knight Chapter 7
Bridget Lynnae Levins
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 3
Date Rcvd: Jul 16, 2025     Form ID: 318     Total Noticed: 46

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Destin Bleu Knight, Bridget Lynnae Levins, 546 E Pass Rd. Apt F42, Gulfport, MS 39507-3258 |
| 5492221 | + | 1st Franklin, 12261 Hwy 49, Gulfport, MS 39503-2975 |
| 5492222 | + | Alpha Care Urgent Care, PO Box 14099, Belfast, ME 04915-4034 |
| 5492223 | + | Big Star Credit, 725 E Covey Ln, Phoenix, AZ 85024-5645 |
| 5492231 | | Fast Pace Health, P.O. Box 306415, Nashville, TN 37230-6415 |
| 5492232 | + | Fast Pace MS, 2798 Pass Rd, Biloxi, MS 39531-2626 |
| 5492236 | + | Keystone Billing, 15200 Community Rd, Gulfport, MS 39503-3085 |
| 5492240 | | Leesa Knight, 476 Willow Grove Rd, Seminary, MS 39479 |
| 5492247 | + | Orange Grove Urgent, 10556 Hwy 49, Gulfport, MS 39503-4109 |
| 5492252 | + | Right Now Loans, P.O. Box 1402, Clearlake, CA 95422-1401 |
| 5492253 | | Singing River Health, P.O. Box 660940, Dallas, TX 75266-0940 |
| 5492255 | + | Singing River Hospital, 15200 Community Rd, Gulfport, MS 39503-3085 |
| 5492256 | | Singing River Patholog, 5052 W 4th st, Suite 7, Hattiesburg, MS 39402-1069 |
| 5492259 | + | Southern Financial, P.O. Box 15203, Hattiesburg, MS 39404-5203 |
| 5492262 | + | T Mobile, 600 Beacon Pkwy W, Ste 300, Birmingham, AL 35209-3114 |
| 5492263 | ++ | TOWER LOAN, P O BOX 320001, FLOWOOD MS 39232-0001 address filed with court:, Tower Loan, P.O. Box 1175, Collins, MS 39428 |
| 5492264 | ++ | UROLOGY ASSOCIATES OF MS, 294 E LAYFAIR DR, FLOWOOD MS 39232-9526 address filed with court:, Urology Associates, 1988 McDowell Rd, Jackson, MS 39204 |
| 5492266 | + | Woodforest Bank, 950 US 80, Clinton, MS 39056-5203 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5492224 | ^ | MEBN | Jul 16 2025 19:31:03 | CF Medical LLC, 3705 Hwy 27, Ste 203, Clermont, FL 34711-7950 |
| 5492228 | | Email/Text: correspondence@credit-control.com | Jul 16 2025 19:32:00 | Credit Control, P.O. Box 31179, Tampa, FL 33631 |
| 5492225 | + | Email/Text: omx-bnc-bk-notices@chime.com | Jul 16 2025 19:32:00 | Chimefinal, 101 California Street, San Francisco, CA 94111-3580 |
| 5492226 | + | Email/Text: ebnnotifications@creditacceptance.com | Jul 16 2025 19:31:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Rd, Ste 3000, Southfield, MI 48034-8331 |
| 5492227 | + | EDI: CCS.COM | Jul 16 2025 23:30:00 | Credit Collection, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 5492229 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 16 2025 19:40:08 | Credit One Bank, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5492230 | + | Email/Text: pba_legal@duvasawko.com | | |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 16, 2025 | Form ID: 318 | Total Noticed: 46 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jul 16 2025 19:32:01 | Emergency Room Group, P.O. Box 9130, Daytona Beach, FL 32120-9130 |
| 5492233 | + | Email/Text: jesse@garrettfridayandgarner.com | Jul 16 2025 19:32:00 | Garrett Fridy & Garner, 1205 Office Parks Driv, Ste B, Oxford, MS 38655-3546 |
| 5492234 | ^ | MEBN | Jul 16 2025 19:31:28 | Henley, Lotterhos & He, PO Box 389, Jackson, MS 39205-0389 |
| 5492235 | ^ | MEBN | Jul 16 2025 19:31:14 | Jacob Law Group, P.O. Box 948, Oxford, MS 38655-0948 |
| 5492238 | | Email/Text: BKRsecure@klsfs.com | Jul 16 2025 19:32:00 | KLS Financial Services, P.O. Box 565, Morrisville, NC 27560 |
| 5492237 | ^ | MEBN | Jul 16 2025 19:31:17 | Kikoff, P.O. Box 40070, Reno, NV 89504-4070 |
| 5492239 | | Email/Text: govtaudits@labcorp.com | Jul 16 2025 19:32:00 | Laboratory Corp of Ame, P.O. Box 2240, Burlington, NC 27216-2240 |
| 5492241 | ^ | MEBN | Jul 16 2025 19:31:38 | Lifeline Anesthesia, 3340 Players Club Pkwy, 350, Memphis, TN 38125-8949 |
| 5492242 | | Email/Text: sheri@masinc.org | Jul 16 2025 19:31:00 | Merchants Adjustment, Attn: Bankruptcy, 56 North Florida St, Mobile, AL 36607 |
| 5492244 | | EDI: MSDOR | Jul 16 2025 23:30:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5492243 | + | EDI: CAPIO.COM | Jul 16 2025 23:30:00 | Mitchell Bluhm & Assoc, 3400 Texoma Parkway, Suite 100, Sherman, TX 75090-1905 |
| 5492245 | + | Email/Text: bankruptcy@ncaks.com | Jul 16 2025 19:31:00 | National Credit, Attn: Bankruptcy, Po Box 3023, Hutchinson, KS 67504-3023 |
| 5492246 | + | EDI: NFCU.COM | Jul 16 2025 23:30:00 | Navy Federal Credit Un, P.O. Box 3100, Merrifield, VA 22119-3100 |
| 5492248 | | Email/Text: clientinformation@procollect.com | Jul 16 2025 19:31:00 | Pro Collect, Inc, Attn: Bankruptcy, 12170 N Abrams Rd, Ste 100, Dallas, TX 75243 |
| 5492251 | | Email/Text: info@receivablerecovery.com | Jul 16 2025 19:31:00 | Receivable Recovery, 110 Veterans Blvd, Ste 445, Metairie, LA 70005 |
| 5492249 | + | Email/Text: ngisupport@radiusgs.com | Jul 16 2025 19:31:00 | Radius, P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 5492250 | + | Email/Text: ngisupport@radiusgs.com | Jul 16 2025 19:31:00 | Radius Global Solution, 7831 Glenroy Road, Edina, MN 55439-3117 |
| 5492254 | + | Email/Text: pba_legal@duvasawko.com | Jul 16 2025 19:32:07 | Singing River Health S, 2809 Denny Ave, Pascagoula, MS 39581-5300 |
| 5492258 | + | Email/Text: Tracey@sra-inc.net | Jul 16 2025 19:32:00 | Smith Rouchon, Sra, 1456 Ellis Ave, Jackson, MS 39204-2204 |
| 5492261 | + | Email/Text: bkinfo@ccfi.com | Jul 16 2025 19:32:00 | Speedy Cash, 5165 Emerald Pkwy, Ste 100, Dublin, OH 43017-1095 |
| 5492260 | + | Email/Text: bkinfo@ccfi.com | Jul 16 2025 19:32:00 | Speedy Cash, 9240 Hwy 49, Gulfport, MS 39503-4318 |
| 5492265 | + | Email/Text: bankruptcyreports@wakeassoc.com | Jul 16 2025 19:32:00 | Wakefield & Associates, Attn: Bankruptcy, 10800 E Bethany Dr, Ste 450, Aurora, CO 80014-2697 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5492257 | ##+ | SMB Radiology, P.O. Box 1330, Gulfport, MS 39502-1330 |

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Jul 16, 2025 | Form ID: 318 | Total Noticed: 46 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2025 at the address(es) listed below:**

**Name**          **Email Address**

Thomas Carl Rollins, Jr
on behalf of Joint Debtor Bridget Lynnae Levins trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr
on behalf of Debtor Destin Bleu Knight trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
USTPRegion05.JA.ECF@usdoj.gov

Zachary S Wessler, Sr
chapter7trustee@wesslerlawgroup.com
meredith@symmesestes.com;MS17@ecfcbis.com;Wessler.ZacharyR140624@notify.bestcase.com

TOTAL: 4

| *Information to identify the case:* | | |
|---|---|---|
| Debtor 1 | **Destin Bleu Knight** | Social Security number or ITIN  **xxx−xx−6827** |
|  | First Name    Middle Name    Last Name | EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Bridget Lynnae Levins** | Social Security number or ITIN  **xxx−xx−6551** |
|  | First Name    Middle Name    Last Name | EIN   _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the **Southern District of Mississippi** | | |
| Case number:  **25−50453−KMS** | | |

## Order of Discharge                                                                                            12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Destin Bleu Knight**                                **Bridget Lynnae Levins**
                                                                 aka Bridget Lynnae Knight

Dated: 7/16/25                                         **By the court:**  /s/Katharine M. Samson
                                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                              **Order of Discharge**                                page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**